# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 10, 2007

133099
(7)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

GRIEVANCE ADMINISTRATOR,
      Petitioner-Appellee,

v

DAVID H. TROMBLEY,
      Respondent-Appellant.

SC: 133099
ADB: 00-163-GA

_____/

    On order of the Court, the motion for reconsideration of this Court's May 30, 2007 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 10, 2007

_____
Clerk

l0830